MAUDE L. CARY, Respondent, *v.* TOWN OF SCIPIO, Defendant, and CAYUGA SOUTHERN TELEPHONE COMPANY, Appellant.

Reported below, 184 App. Div. 927.

(Submitted September 29, 1919; decided October 7, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1918, reversing a judgment in favor of defendant telephone company entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*James J. Hosmer* for motion.

*H. D. Bailey* opposed.

Motion denied, with ten dollars costs.